Jared T. Walker (SB#269029)
1104 Corporate Way
Sacramento, CA 95831
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
ADELA E. GOMEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA E. GOMEZ, | Case No.: 17-cv-01473-KAW |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND SCHDULING ORDER |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Adela E. Gomez and defendant Commissioner of Social Security, through their counsels of record, jointly request to amend the Court's Scheduling Order in this action as follows.

IT IS STIPULATED, that the untimely filing of plaintiff's Motion for Summary Judgment (ECF doc. #17) is the result of plaintiff's counsel's excusable neglect and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, should be accepted for filing in that counsel's delay has not caused prejudice to defendant or materially impacted these proceedings. It is further stipulated that defendant's deadline to respond to plaintiff's Motion for Summary Judgment be extended through December 20, 2017. Based on the delay caused by plaintiff's counsel, defendant requires additional time to respond to plaintiff's Motion for Summary Judgment due to conflicting obligations and deadlines in unrelated matters.

///

///

///

Dated: November 7, 2017                     Respectfully submitted,


                                            /s/ *Jared T. Walker*
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                            BRIAN J. STRETCH
                                            United States Attorney

Dated: November 7, 2017          By:     /s/ *\*/s/ Richard M. Rodriguez*
                                            (*authorized by e-mail on 11/7/2017*)
                                            Richard M. Rodriguez
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant


                                  <u>ORDER</u>

        Based on the stipulation of the parties, IT IS ORDERED that defendant shall respond to

plaintiff's Motion for Summary Judgment (ECF doc. 17) on or before December 20, 2017.


Dated: 11/8/17

                                            HON. KANDIS A. WESTMORE
                                            United States Magistrate Judge