BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA E. GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 4:17-cv-01473-KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR** |

    IT IS HEREBY STIPULATED, by and between Adela Gomez, (Plaintiff), and Nancy A. Berryhill, Acting Commissioner of Social Security, (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision for the purpose of correcting the errors raised by Plaintiff in this action.

    The Appeals Council will instruct the ALJ with the assistance of a vocational expert to re-evaluate Plaintiff's past relevant work and determine whether Plaintiff maintains the residual functional capacity to perform any of her past relevant work. If appropriate, the ALJ will continue with the

Stipulation re: extension, 4:17-cv-01473-KAW      1

sequential evaluation process and with the assistance of the vocational expert determine what jobs exist, if any, for Plaintiff given her age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: December 20, 2017          By: */s/Richard M. Rodriguez*
                                        RICHARD M. RODRIGUEZ
                                   Special Assistant United States Attorney
                                   Attorney for Defendant

Dated: December 20, 2017          */S/ Jared T. Walker*
                                   JARED T. WALKER, CSBN 269029
                                   Attorney for Plaintiff*
                                   By Richard M. Rodriguez
                                   (*email authorization on December 20, 2017)

PURSUANT to the STIPULATION, IT IS SO ORDERED.

Dated: 1/4/18

_____
Hon. KANDIS A. WESTMORE
United States Magistrate Judge

Stipulation re: extension, 4:17-cv-01473-KAW            2