Jared T. Walker (SB#269029)
1104 Corporate Way
Sacramento, CA 95831
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
ADELA E. GOMEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA E. GOMEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. 4:17-cv-01473-KAW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Adela E. Gomez (Plaintiff) be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Six Thousand Five Hundred Dollars ($6,500.00). This amount represents compensation for all legal services incurred on behalf of Plaintiff by counsel in connection with this civil action.

　　Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

　　Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be

made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff. Any payments made to Plaintiff will be delivered to JARED T. WALKER.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Dated: March 8, 2018     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Jared Walker*
　　　　　　　　　　　　　　　　　　　JARED T. WALKER,
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

SO STIPULATED:

　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated: March 8, 2018     By:     */s/Richard M. Rodriguez*\*
　　　　　　　　　　　　　　　　　　　RICHARD M. RODRIGUEZ
　　　　　　　　　　　　　　　　　　　(\**signature authorized by e-mail on 3/8/2018*)
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that EAJA fees are awarded to plaintiff in the amount of Six Thousand Five Hundred Dollars ($6,500.00) subject to, and in accordance with, the terms of the parties' foregoing Stipulation.

Dated: 3/9/18

　　　　　　　　　　　　　　　　　　　Hon. KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE